

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

June 8, 1959

Honorable Mack H. Hannah, Jr.
Chairman, Board of Directors
Texas Southern University
Houston, Texas

Opinion No. WW-639

Re: Whether the President of
Texas Southern University
may be issued his salary
voucher while serving on
Dear Mr. Hannah:          the National Science Board?

In your letter of May 23, 1959, you state that Dr.
S. M. Nabrit, President of Texas Southern University, has
been informed by the Comptroller of Public Accounts that
his salary voucher for the month of May could not be paid
because of his service on the National Science Board.  You
seek to be advised as to whether such is the case.

The National Science Board is established pursuant
to Title 42, Chapter 16, Sections 1861-1875, United States
Code Annotated, which provides in part as follows:

"Sec. 1861.  There is established in
the executive branch of the Government an
independent agency to be known as the Nation-
al Science Foundation (hereinafter referred
to as the 'Foundation').  The Foundation
shall consist of a National Science Board
(hereinafter referred to as the 'Board')
and a Director."

"Sec. 1863.  (a)  The Board shall con-
sist of twenty-four members to be appointed
by the President, by and with the advice and
consent of the Senate, and of the Director
ex officio, and shall, except as otherwise
provided in this chapter, exercise the
authority granted to the Foundation by this
chapter.  . . ."

"Sec. 1873.  (d)  The members of the
Board, and the members of each divisional
committee, or special commission, shall
receive compensation at the rate of $25
for each day engaged in the business of
the Foundation pursuant to authorization
of the Foundation, and shall be allowed
travel expenses as authorized by section
73b-2 of Title 5."

Without deciding whether Dr. Nabrit is filling a
"civil office of emolument" by serving as a member of the
Board, as envisaged by Section 40 of Article XVI of the
Constitution of Texas, we are compelled to advise you that
your question is controlled by Section 33 of Article XVI
of the Constitution of Texas, which reads in part as follows:

"Sec. 33.  The Accounting Officers of
this State shall neither draw nor pay a
warrant upon the Treasury in favor of
any person, for salary or compensation as
agent, officer or appointee, who holds at
the same time any other office or position
of honor, trust or profit, under this State
or the United States, except as prescribed
in this Constitution.  . . ."

It will be noted this section does not forbid the hold-
ing of such dual offices or positions of honor, trust or profit,
under this State or the United States, but it does forbid payment
by warrant upon the Treasury in favor of such person for salary
or compensation whatsoever.  (Attorney General's Opinion O-5157
(1943).)

The President of Texas Southern University is paid a
salary from the State Treasury.  (House Bill 133, Acts 55th
Legislature, Regular Session, 1957, Ch. 385, p. 1123; the Gen-
eral Appropriation Bill.)  Without deciding whether Dr. Nabrit
is holding an "office of profit or trust" as provided by Sec-
tion 12 of Article XVI of the Constitution of Texas, it cannot
be questioned that a member of the National Science Board is
serving in a position of honor, trust or profit.

The commonly accepted indicia of such a position ap-
pear in the present case.  Appointment is made by the President
of the United States, and the office requires Senate confirma-
tion.  Travel expenses and a per diem allowance is provided.
It is regrettable that the high importance of the office held

by Dr. Nabrit and the attending honor and prestige accruing, not only to Texas Southern University, but to the educational system of the whole State of Texas, requires that we inform you that the provision of the Constitution of Texas above quoted prohibits a warrant for payment of salary from being issued to Dr. Nabrit so long as he remains on the National Science Board while serving as President of Texas Southern University.

We attach a copy of Attorney General's Opinion No. O-6232 (1944) which compiles some of the former opinions by this department to show the frequent recurrence of this question, and to illustrate the respective factual situations involved.

Dr. Logan Wilson, President of the University of Texas, has been tendered an appointment on this same Board. We are sending him a copy of this opinion.

### SUMMARY

Section 33 of Article XVI, Constitution of Texas, prohibits the Comptroller from issuing a salary warrant to the President of Texas Southern University while he serves as a member of the National Science Board.

Yours very truly,

WILL WILSON
Attorney General of Texas

By Tom I. McFarling
Tom I. McFarling
Assistant

TIM:sd:zt
Enclosure

APPROVED:
OPINION COMMITTEE
Geo. P. Blackburn, Chairman

Houghton Brownlee, Jr.
John Reeves
Leonard Passmore
C. K. Richards

REVIEWED FOR THE ATTORNEY GENERAL
BY:  W. V. Geppert